Case 3:23-cr-00037-PDW *SEALED*   Document 5   Filed 03/02/23   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

REC'D USMS-FARGO, ND
'23 MAR 2 PM 2:50

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gerald James Cree Jr. | ) | Case No. 3:23-cr-37-03 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gerald James Cree Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:   03/02/2023

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/3/2023, and the person was arrested on *(date)* 3/6/2023
at *(city and state)* GRAND FORKS, ND

Date:   3/6/2023

*Arresting officer's signature*

JEREMY GRUBE, HSI SA
*Printed name and title*